USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        11-Cr-389 (SHS)

   -against-                              :

                                          :        ORDER

JONATHAN TORRES,                         :

           Defendant(s).                 :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

   IT IS HEREBY ORDERED that attorney Kelley J. Sharkey is appointed to represent the defendant pursuant to the Criminal Justice Act in connection with defendant's violation of supervised release.

Dated: New York, New York
       January 9, 2020

SO ORDERED:

Sidney H. Stein, U.S.D.J.