USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,  :   11-Cr-389 (SHS)

-v-  :

JONATHAN TORRES,  ORDER

Defendant.  :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the violation of supervised release proceeding is adjourned to February 5, 2020, at 4:30 p.m.

Dated: New York, New York
       January 14, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.