UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

      -against-

JONATHAN TORRES,

           Defendant.

------------------------------------------------------------x

11-Cr-389 (SHS)

ORDER

SIDNEY H. STEIN, U.S.D.J.

      On January 14, 2020, the violation of supervised release proceeding in this matter was adjourned to February 5, 2020, at 4:30 p.m. At that time, defendant failed to appear in court. Defendant's attorney informed the Court today that she had spoken to defendant on February 5 and was told that defendant could not appear due to child care issues. Accordingly,

      IT IS HEREBY ORDERED that the violation proceeding is adjourned to February 10, 2020, at 3:30 p.m. If defendant fails to appear at 500 Pearl Street, New York, New York, Courtroom 23A, on February 10 at 3:30 p.m., a warrant for his arrest will be issued on that day.

Dated: New York, New York
       February 5, 2020

SO ORDERED:

Sidney H. Stein, U.S.D.J.
<---->
<---->

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2020