UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                        11-Cr-389 (SHS)

    -v-                                                              ORDER

JONATHAN TORRES,

        Defendant.

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the violation proceeding scheduled for April 22, 2020, is adjourned to June 11, 2020, at 2:30 p.m.

Dated: New York, New York
       March 26, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.